USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/3/06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

LEROY BAKER,  :  05 Civ. 276 (SHS)

          Plaintiff,  :

-against-  :  ORDER

PRC MANAGEMENT CORP., *ET AL.*,  :

          Defendants.  :
-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for defendants present and counsel for plaintiff participating via telephone,

    IT IS HEREBY ORDERED that:

    1.    Defendants' request for sanctions is denied;

    2.    If the outstanding discovery disputes are not resolved on or before August 11, 2006, the parties shall meet and confer on August 14, 2006, at 2:00 p.m. to attempt to resolve them;

    3.    Any discovery disputes that remain shall be submitted to the Court, in writing, on or before August 16, 2006;

    4.    If a stipulation of discontinuance has not been filed by August 17, there will be a conference on August 17, 2006, at 9:30 a.m. to adjudicate any remaining disputes and to set a trial date.

Dated: New York, New York
       August 3, 2006

                               SO ORDERED:

                               Sidney H. Stein, U.S.D.J.